IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


Robert Kyle,                                    :
                                                :
              Plaintiff(s),                     :
                                                :    Case Number: 1:12cv748
       vs.                                      :
                                                :    Chief Judge Susan J. Dlott
Commissioner of Social Security,                :
                                                :
              Defendant(s).                     :

                                    ORDER

       This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States Magistrate

Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the

pleadings and filed with this Court on October 31, 2013 a Report and Recommendation (Doc. 12).

Subsequently, the plaintiff filed objections to such Report and Recommendations (Doc. 14).

       The Court has reviewed the comprehensive findings of the Magistrate Judge and considered

de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does

determine that such Recommendation should be adopted.

       Accordingly, defendant's decision is **AFFIRMED** and this case is hereby **TERMINATED.**

       IT IS SO ORDERED.



                                    ___s/Susan J. Dlott_____
                                    Chief Judge Susan J. Dlott
                                    United States District Court